**Opinion issued February 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00021-CV

_____

## IN RE CHRISTINE S. WILLIE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Christine S. Willie, filed a petition for writ of mandamus seeking to compel the trial court to rule on her pending Plea to the Jurisdiction, Special Exceptions, and Motion to Compel Arbitration and Stay Proceedings.[1] Shortly after the petition was filed, relator moved to dismiss the petition because the trial court

---

[1] The underlying case is *Backyard Oasis, Inc. v. Christine S. Willie, Successor Administrator of the Estate of Jacqueline Yvette Chevalier, Deceased*, cause number 485,739-401, pending in the Probate Court No. 4 of Harris County, Texas, the Honorable James Horwitz presiding.

subsequently ruled upon the pending matters. We grant the motion and dismiss this original proceeding. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.